**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-2136**

METSLAL MESGUN,

             Petitioner,

       v.

MICHAEL B. MUKASEY, Attorney General of the United States,

             Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  March 26, 2008          Decided:  August 8, 2008

Before TRAXLER, GREGORY, and DUNCAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Metslal Mesgun, Petitioner Pro Se.  Daniel Eric Goldman, Senior
Litigation Counsel, Kristin Kay Edison, Office of Immigration
Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.,
for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Metslal Mesgun, a native and citizen of Ethiopia, petitions for review of an order of the Board of Immigration Appeals ("Board") denying as untimely her motion to reopen removal proceedings. We have reviewed the administrative record and find no abuse of discretion in the Board's order. See 8 C.F.R. § 1003.2(a) (2007) ("The decision to grant or deny a motion to reopen . . . is within the discretion of the Board . . . ."); Barry v. Gonzales, 445 F.3d 741, 744 (4th Cir. 2006) (stating abuse of discretion standard), cert. denied, 127 S. Ct. 1147 (2007). We therefore deny the petition for review for the reasons stated by the Board. See In re: Mesgun (B.I.A. Nov. 6, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED